UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS MOLCAJETES TAQUERIA INC., *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-0490-DAD-JDP<br><br>ORDER TO SHOW CAUSE |

On July 31, 2025, the court issued an order setting a pre-discovery motion conference on August 14, 2025, at 10:00 a.m. ECF No. 29. Attorney Richard Mac Bride appeared at the conference on behalf of plaintiff. Defendants failed to appear.

Defendants will be ordered to show cause why sanctions should not be imposed for failure to appear at the pre-discovery motion conference. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. The August 14, 2025 pre-discovery motion conference is continued to August 28, 2025, at 10:00 a.m.

      2. Defendants shall show cause, by no later than August 21, 2025, why sanctions should not be imposed for failure to appear at the August 14, 2025 pre-discovery motion conference.

      3. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   August 15, 2025

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2