RICHARD MAC BRIDE, SB# 199695
Law Offices Richard Mac Bride
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Oscar Ramos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos, Plaintiff, | ) Case No. 2:24-cv-0490 DAD-JDP |
| vs, | ) |
| | ) |
| Los Molcajetes Taqueria Inc., et al., | ) [PROPOSED] ORDER GRANTING |
| | ) MOTION TO COMPEL DISCOVERY |
| | ) |
| Defendants. | ) Date: 12/11/25 |
| | ) Time: 10 am |
| | ) Place: Zoom |
| | Judge: Jeremy D. Peterson |

This Court, having considered plaintiff Oscar Ramos' Motion to compel answers to written discovery, the declaration and other evidence submitted, and the arguments of counsel, hereby grants the motion, and rules specifically as follows:

IT IS HEREBY ORDERED THAT:

1. Within fourteen (14) days of this order, Defendants shall serve their complete and full responses to Plaintiff's special interrogatories without objection, and produce documents responsive to Plaintiff's RFPs without objection. Plaintiff's RFA are deemed admitted.

2. Within fourteen (14) days of this order, Defendants shall file a written status report regarding their compliance with this order in serving complete and full interrogatory responses without objections, and producing documents responsive to Plaintiff's RFPs without objections. The status report shall describe the manner and date of service of each of these items.

_____

[Proposed] Order granting Motion to Compel 24-0490 DAD-JDP

3. Within fourteen days of this order, defendant shall reimburse plaintiff $800 for the reasonable expenses he incurred in bringing his motion to compel.

IT IS SO ORDERED.


Dated:   January 13, 2026          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE